IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **RE: LARRY JOHNSON JR.**<br>    **SHARMAN R. JOHNSON** | CASE NO: 18-02552<br>$ CHP 13<br>$ JUDGE: PMG |

### CREDITOR FARMER'S HOME FURNITURE CORPORATIONS REQUEST FOR NOTICE

TO THE DEBTOR (S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that National Bankruptcy Services, LLC has been engaged by the creditor below to serve as its authorized agent in this matter:

<u>Farmers Home Furniture</u>
And its successors and assigns.

Creditor, Farmers Home Furniture, hereby submits this request for notice. Pursuant to Bankruptcy Rule 2002 (g), creditor requests copies of all pleadings and notices to creditors or to other parties in interest be addressed to Attn: Corporate Credit, Post Office Box 1140, Dublin, Georgia 31040 and pursuant to Bankruptcy Rule 2002 (g), requests its name and address be added to the Clerk's Matrix list of creditors.

### CERTIFICATE OF SERVICE

I, Judi Angulo, hereby certify that a true and correct copy of the forgoing Request for Service Notice has been served upon the following parties by electronic mail on August 9, 2018.

| | |
|---|---|
| **ATTORNEY:**<br>ANTHONY W. CHAUNCEY<br>awc@chaunceylaw.com | **TRUSTEE:**<br>DOUGLAS W. NEWAY<br>court@ch13jaxfl.com |

  /s/ Judi Angulo
**Corporate Credit Manager**
**P.O. Box 1140**
**Dublin, GA 31040-1140**
**1-800-456-0424 ext. 5203**
**Fax # 1-478-275-7817**
E-mail: **corporatecredit@farmersfurniture.com**